April 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

REGINALD J. HUNTER AND NEKISHA T. HUNTER, Appellants

NO. 14-15-00043-CV                          V.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDER OF CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2007-4, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on December 8, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Reginald J. Hunter and Nekisha T. Hunter, jointly and severally.

We further order this decision certified below for observance.